IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

BRANDON ROCHE,                  *

    Plaintiff,              *

vs.                             *           No. 3-05-CV-000145-JLH

WAXLER TOWING COMPANY,          *

    Defendant.              *

### CONSENT ORDER OF DISMISSAL WITH PREJUDICE

Came the parties and stated to the Court through their counsel that the matters and things in controversy had been amicably settled and that the parties are in agreement that the plaintiff's action should be dismissed with prejudice.

WHEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that plaintiff's action be, and it is hereby, dismissed with prejudice, and the parties shall bear their own costs.

**Entered this the 30th day of May, 2006.**

*/s/ J. Leon Holmes*
DISTRICT COURT JUDGE

- 2 -

We Consent:


   /s/ Howard Cohen
    by G. Ray Bratton
   with permission
Howard Cohen,
Attorney for Plaintiff



   /s/ G. Ray Bratton
G. Ray Bratton - #7522,
Attorney for Defendant



*O:\ORDERS\May30.305cv145.ConsentOrderDismiss.wpd*